## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| CHRISTOPH HILTY SEGURO, a minor, by and though his mother and next friend, CHRISTINE HILTY and MIGUEL A. CRUZ, JR., a minor, by and through his mother and next friend, JENNIFER E. WALCOTT,<br><br>         **Plaintiffs,**<br> v.<br><br>SPEAK THE WORK MINISTRY, INC., BOYS TO MEN, INC., VIRGIN ISLANDS NATIONAL GUARD, GOVERNMENT OF THE VIRGIN ISLANDS, DEXTER SKEPPLE, JAMIE ROEBUCK, JERMAINE KAREEM DENNIS, and UNITED STATES OF AMERICA,<br><br>         **Defendants.** | 2006-CV-0043 |

**TO:** Pamela Lynn Colon, Esq.
    Chetema Lucas Francis, Esq.
    Richard Schrader, Jr., Esq., AAG
    Timothy J. Abraham, Esq., AUSA

## <u>ORDER</u>

  THIS MATTER came before the Court for a pretrial status conference and upon Plaintiffs' Motion For Entry of Default (Docket No.117).

*Seguro v. Speak the Word Ministry, Inc.*
2006-CV-0043
Order
Page 2

With regard to the said motion, Defendant Enrique Santos personally appeared at the status conference and demonstrated his intention to participate in this litigation. Given the policy favoring resolving matters on their merits, the Court will deny the said motion without prejudice and allow said Defendant to file his answer or otherwise respond.

WHEREFORE, it is now hereby **ORDERED**:

1. Plaintiffs' Motion For Entry of Default (Docket No. 117) is **DENIED WITHOUT PREJUDICE**.

2. A status conference is scheduled for **April 30, 2009, at 2:00 p.m**.

3. Defendant Enrique Santos shall retain counsel who shall appear at the next scheduled status conference.

4. The Fourth and Final Scheduling Order (Docket No. 96), entered September 9, 2009, is **VACATED**.

5. New deadlines shall be discussed at and a new scheduling order shall be issued following the next scheduled status conference.

ENTER:

Dated: April 2, 2009

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE